UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BATES,<br><br>    Petitioner,<br><br>v.<br><br>SUPERINTENDENT FERGUSON;<br>DISTRICT ATTORNEY, CHESTER COUNTY;<br>THE ATTORNEY GENERAL OF THE STATE<br>OF PENNSYLVANIA,<br><br>    Respondents. | No. 2:15-cv-05527 |

# **O R D E R**

**AND NOW**, this 16th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Bates's objections, ECF No. 10, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 7, is **ADOPTED**;

3. The petition for writ of habeas corpus is **DISMISSED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge